UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB TRAGNI, et al., ) | Case No.: C 07-2226 PVT |
| ) | |
| Plaintiffs, ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| GLENUS JOHN BENDER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On August 7, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on December 11, 2007.

Dated: August 8, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*