1 | SUE CAMPBELL
  | Attorney at Law, Bar Number 98728
2 | 1155 North First Street, Suite 101
  | San Jose, California 95112
3 | (408) 277-0648

4 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS, | CASE NO.: C07-2226 PVT<br><br>REQUEST FOR DISMISSAL AND ORDER THEREON |
| Plaintiffs, | |
| vs. | |
| GLENUS JOHN BENDER, individually and doing business as BENDER ELECTRIC, | |
| Defendant. | |

A settlement in full satisfaction of all of the claims asserted in the above captioned action against the above-named defendants having been made, all of the parties appearing in said action, by and through their attorneys, hereby agree and request that the Court order a dismissal with prejudice of the entire action, each party to bear its own costs.

Dated: 12/07/2007

*/s/ Sue Campbell*
SUE CAMPBELL
Attorney for Plaintiffs

///

1

REQUEST FOR DISMISSAL AND ORDER THEREON

///

Dated: 12/07/2007

SWEENEY, MASON, WILSON & BOSOMWORTH

/s/
CHRISTOPHER OLSON
Attorney for Defendants

## ORDER

The parties having agreed and requested that a dismissal of the above action be entered, and good cause appearing therefor,

IT IS HEREBY ORDERED that the within entitled action be dismissed in its entirety with prejudice, each party to bear its own costs.

DATED: December 10, 2007

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

2

REQUEST FOR DISMISSAL AND ORDER THEREON